RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Jonathan Wilk

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>JONATHAN WILK,<br><br>           Defendant. | Case No. 2:21-cr-00110-JAD-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION OF PRETRIAL RELEASE HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kimberly A. Sokolich, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Jonathan Wilk, that the Revocation of Pretrial Release Hearing currently scheduled on December 8, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1.     Defense counsel has a scheduling conflict with the currently set date.

2.     Mr. Wilk is out of custody and has no objection to the continuance.

3.     The government agrees with this continuance.

This is the first request for a continuance of the revocation of pretrial release hearing.

DATED this 2nd day of December, 2021.

RENE L. VALLADARES
Federal Public Defender

CHRISTOPHER CHIOU
Acting United States Attorney


*/s/ Heidi A. Ojeda*
By_____

*/s/ Kimberly A. Sokolich*
By_____

HEIDI A. OJEDA
Assistant Federal Public Defender

KIMBERLY A. SOKOLICH
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00110-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| JONATHAN WILK, | |
| Defendant. | |

   IT IS THEREFORE ORDERED that the revocation of pretrial release hearing currently scheduled for Wednesday, December 8, 2021 at 1:30 p.m., be vacated and continued to December 20, 2021 at the hour of 3:00 p.m., in a courtroom to be determined.

   DATED this 2nd day of December, 2021.

UNITED STATES MAGISTRATE JUDGE