# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00110-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | ECF No. 58 |
| JONATHAN WILK, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing,

IT IS ORDERED that the Revocation hearing currently scheduled for Monday, August 21, 2023, at 10:00 a.m., be vacated and continued to November 28, 2023, at 11:00 a.m.

DATED this 18th day of August 2023.

_____
UNITED STATES DISTRICT JUDGE