**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN WILK,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00110-JAD-NJK<br><br>**ORDER**<br><br>ECF No. 60 |

　　Based on the pending stipulation of counsel, and good cause appearing,

　　IT IS ORDERED that the Petition (ECF No. 48), the Revocation hearing currently scheduled for November 28, 2023, is vacated, and the location monitoring condition is removed (ECF No. 56).

　　DATED this 27th day of November 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE